**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-61880-BLOOM/Valle**

BRANDON ARNEAUD,

    Plaintiff,

v.

PLAN B WELLNESS CENTER, LLC,

    Defendant.

_____/

**ORDER ON DEFAULT PROCEDURES**

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on July 25, 2019, ECF No. [1]. A summons was issued as to Defendant Plan B Wellness Center, LLc ("Defendant") on July 26, 2019. ECF No. [3]. Service of the summons and Complaint was executed on Defendant on August 27, 2019, setting a response deadline of September 17, 2019. ECF No. [6]. To date, Defendant has failed to answer or otherwise respond to the Complaint. Accordingly, it is therefore **ORDERED AND ADJUDGED** that

1. Defendant must file its response to Plaintiff's Complaint by or before **September 25, 2019**.

2. If Defendant fails to file any response to Plaintiff's Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendant no later than **October 2, 2019**, that includes the certificate of service indicating that notice of this Order was sent to Defendant, including the address to which it was sent. Plaintiff's failure to file a Motion for Entry of

Case No. 19-cv-61880-BLOOM/Valle

Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to the Defendant.

3. The Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 18, 2019.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Plan B Wellness Center, LLC
c/o Pollicella and Associates
4312 E. Grand River
Howell, MI 48843