## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-cv-61880-BLOOM/Valle

BRANDON ARNEAUD,

    Plaintiff,

vs.

PLAN B WELLNESS CENTER, LLC,

    Defendant.

_____/

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff BRANDON ARNEAUD ("Plaintiff"), by and though undersigned counsel, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby moves the Clerk to enter a Default against Defendant PLAN B WELLNESS CENTER, LLC ("Defendant"). Plaintiff effectuated service of the summons and operative complaint on Defendant on August 27, 2019. Attached hereto as Exhibit "A" is a copy of the applicable Affidavit of Service. Defendant's failure to plead or otherwise defend is evidenced by the record, in that, to date, no filings whatsoever have been submitted by Defendant.

DATED: October 1, 2019

                                    Respectfully Submitted,

                                    /s/ Jibrael S. Hindi
                                  **JIBRAEL S. HINDI, ESQ.**
                                  Florida Bar No.: 118259
                                  E-mail:   jibrael@jibraellaw.com
                                  **THOMAS J. PATTI, ESQ.**
                                  Florida Bar No.: 118377
                                  E-mail:   tom@jibraellaw.com
                                  The Law Offices of Jibrael S. Hindi
                                  110 SE 6th Street, Suite 1744
                                  Fort Lauderdale, Florida 33301
                                  Phone:    954-907-1136
                                  Fax:       855-529-9540

                                  *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 1, 2019, a copy of the Order on Default Procedures [D.E. 7], and a copy of this Motion for Entry of Clerk's Default, was mailed to Defendant at:

Plan B Wellness Center, LLC
c/o Pollicella and Associates
4312 E. Grand River
Howell, MI 48843

   /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com