**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-61880-BLOOM/Valle**

BRANDON ARNEAUD,

    Plaintiff,

v.

PLAN B WELLNESS CENTER, LLC,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Notice of Pending Settlement, ECF No. [11], filed on October 10, 2019, that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a settlement agreement for the Court's consideration and/or appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

Case No. 19-cv-61880-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 15, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record